UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JAMAAL LAMONT MILLER | CIVIL ACTION NO. 16-cv-0619-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAYOU DORCHEAT CORRECTION | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against Bayou Dorcheat Correction Center are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's request to be transferred is **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 18th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE